UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC ENTERPRISE RS, INC.,

Plaintiff,

v.

RENDELL ASSOCIATES CORP., et al.,

Defendant.

CASE NO. C02-1812JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

In minute orders dated September 21, 2005 (Dkt. # 92) and October 4, 2005 (Dkt. # 94), the court incorrectly stated that it had entered default judgment against all parties in this action except Defendant OOO Bolsheretskoe. In fact, the court entered judgment against OOO Bolsheretskoe on November 30, 2004 (Dkt. # 82). Nonetheless, Plaintiff has entered a notice of voluntary dismissal of its claims against OOO Bolsheretskoe (Dkt. # 95). The court strikes that pleading as moot.

The only Defendant remaining in this action is Defendant Rendell Associates Corporation ("Rendell"). The court entered default against Rendell on February 4, 2005 (Dkt. # 85), and subsequently denied Plaintiff's motion for default judgment without prejudice (Dkt. # 91). Although almost seven months have passed since the court denied

MINUTE ORDER – 1

the initial motion for default judgment, Plaintiff has taken no further action against Rendell.

The court directs Plaintiff to either dismiss its claims against Rendell, or file a proper motion for default judgment, or show cause why the court should not dismiss this action for failure to prosecute. Plaintiff shall comply with this order no later than November 30, 2005.

Filed and entered this 10th day of November, 2005.

BRUCE RIFKIN, Clerk

By    s/Mary Duett
       Deputy Clerk

MINUTE ORDER – 2