1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC ENTERPRISE RS, INC.,

          Plaintiff,

    v.

RENDELL ASSOCIATES CORP., et al.,

          Defendants.

CASE NO. C02-1812JLR

MINUTE ORDER

     The following minute order is made by the direction of the court, the Honorable James L. Robart:

     The court has received Plaintiff's notice of voluntary dismissal of its claims against Defendant Rendell Associates Corporation (Dkt. # 97), and notes that there are no longer any Defendants in this action. The court thus directs the clerk to DISMISS this action.

     Filed and entered this 1st day of December, 2005.

                        BRUCE RIFKIN, Clerk

                              s/Mary Duett

                    By

                              Deputy Clerk

MINUTE ORDER